IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JANE ROE, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 2:23-cv-04129-BCW |
| TREVOR FOLEY, in his official capacity as Acting Director of the Missouri Department of Corrections, *et al.*, | ) ) ) ) |
|     Defendants. | ) ) |

**CERTIFICATE OF SERVICE OF PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS**

The undersigned certifies that Plaintiff's First Set of Requests for Production of Documents to All Defendants, along with a copy of this certificate, were sent by electronic mail to Defendants' counsel at the email address below:

**Emily.Dodge@ago.mo.gov**

Respectfully submitted,

*/s/ William S. Walberg*
SHOOK, HARDY & BACON L.L.P.
William Walberg, MO Bar # 69554
Gregory K. Wu, MO Bar # 54087
Jennifer E. Hackman MO Bar # 68109
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-521-5547
wwalberg@shb.com
gwu@shb.com
jhackman@shb.com

LAMBDA LEGAL DEFENSE & EDUCATION FUND, INC.
Richard Saenz (admitted *Pro Hac Vice*)
Jose Abrigo (admitted *Pro Hac Vice*)
120 Wall Street, 19th Floor

New York, NY 10005
Phone: (212) 809-8585
rsaenz@lambdalegal.org
jabrigo@lambdalegal.org

Kell L. Olson (admitted *Pro Hac Vice*)
3849 E. Broadway Blvd #136
Tucson, AZ 85716
Phone: (520) 250-4596
kolson@lambdalegal.org

RODERICK & SOLANGE
MACARTHUR JUSTICE CENTER
Amy E. Breihan, MO Bar #65499
Shubra Ohri, MO Bar # 74116
906 Olive Street, Suite 420
Saint Louis, Missouri 63101
Phone: (314) 254-8540
shubra.ohri@macarthurjustice.org
amy.breihan@macarthurjustice.org

*Attorneys for Plaintiff*