**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

JANE ROE,                                    )
                                             )
              Plaintiff,                     )
                                             )
v.                                           )
                                             )  Case No. 2:23-cv-04129-BCW
TREVOR FOLEY, in his official capacity as Acting )
Director of the Missouri Department of Corrections, )
*et al.*,                                    )
                                             )
              Defendants.                    )

**CERTIFICATE OF SERVICE OF PLAINTIFF'S NOTICE OF CANCELLATION OF
THE DEPOSITION OF DORIS FALKENRATH, IN HER OFFICIAL CAPACITY AS
WARDEN OF JEFFERSON CITY CORRECTIONAL CENTER ("JCCC")**

The undersigned certifies that the following documents along with a copy of this

certificate, were sent by electronic mail to Defendants' counsel at **Emily.Dodge@ago.mo.gov.**

1.  Notice of Cancellation of the Deposition of Doris Falkenrath, in Her Official Capacity as

    Warden of Jefferson City Correctional Center ("JCCC").

Date: May 6, 2024       Respectfully submitted,

                        */s/ William S. Walberg*
                        SHOOK, HARDY & BACON L.L.P.
                        William Walberg, MO Bar # 69554
                        Gregory K. Wu, MO Bar # 54087
                        Jennifer E. Hackman MO Bar # 68109
                        2555 Grand Blvd.
                        Kansas City, MO 64108
                        Phone: 816-474-6550
                        Fax: 816-521-5547
                        wwalberg@shb.com
                        gwu@shb.com
                        jhackman@shb.com

LAMBDA LEGAL DEFENSE &
EDUCATION FUND, INC.
Richard Saenz (admitted *Pro Hac Vice*)
Jose Abrigo (admitted *Pro Hac Vice*)
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
rsaenz@lambdalegal.org
jabrigo@lambdalegal.org

Kell L. Olson (admitted *Pro Hac Vice*)
3849 E. Broadway Blvd #136
Tucson, AZ 85716
Phone: (520) 250-4596
kolson@lambdalegal.org

RODERICK & SOLANGE
MACARTHUR JUSTICE CENTER
Amy E. Breihan, MO Bar #65499
Shubra Ohri, MO Bar # 74116
906 Olive Street, Suite 420
Saint Louis, Missouri 63101
Phone: (314) 254-8540
shubra.ohri@macarthurjustice.org
amy.breihan@macarthurjustice.org

*Attorneys for Plaintiff*