IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-CV-04129-BCW |
| TREVOR FOLEY, et al. | ) ) ) |
| Defendants. | ) |

## DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants, by and through counsel, move the Court to dismiss Plaintiff's claims for declaratory and injunctive relief, asserted in the First Amended Complaint (Ct. Doc. 66) as moot pursuant to Rule 12(b)(6).

Plaintiff's claims for declaratory and injunctive relief appear to be asserted only against Defendants Trevor Foley and Doris Falkenrath in their official capacities. See Ct. Doc. 66 at 25-26 (¶143), 28 (¶155), 30, 32 (¶¶178, 180, 181), 33. As a precaution, however, this motion is submitted on behalf of all Defendants for whom an answer to Plaintiff's First Amended Complaint will be filed later today. Those Defendants contemporaneously submit their suggestions in support of this motion, which are incorporated by reference.

As explained in greater detail in those suggestions, Plaintiff's claims for declaratory and injunctive relief should be dismissed as moot because Plaintiff was released on parole in 2022 and is no longer incarcerated.

WHEREFORE, Defendants respectfully request that this Court dismiss Plaintiff's claims for declaratory and injunctive relief.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

/s/ *Emily A. Dodge*
Emily A. Dodge
Mo Bar No. 53914
Assistant Attorney General
P.O. Box 899
Jefferson City, MO 65102-0899
Phone: (573) 751-7344
Fax: (573) 751-9456
Email: Emily.Dodge@ago.mo.gov
ATTORNEY FOR DEFENDANTS

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2024, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF electronic notification system.

/s/ *Emily A. Dodge*
Emily A. Dodge
Assistant Attorney General