# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

JANE ROE,                   )
                                    )

         Plaintiff,          )
                                      )

v.                              )         Case No. 2:23-cv-04129-BCW
                                      )

ANNE PRECYTHE, et al.      )
                                      )

                                      )

         Defendants.       )
                                      )

## SUGGESTIONS OF DEATH

COMES NOW Defendant Trevor Foley, et al. ("Defendants"), by and through the undersigned counsel, and hereby gives notice to the Court they were informed by Plaintiff's counsel that Plaintiff Jane Roe died on August 13, 2024.  A copy of what purports to be Plaintiff's obituary is attached hereto.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Luke A. Hawley*
Luke A. Hawley
Assistant Attorney General
Missouri Bar No. 73749
815 Olive Street, Suite 200
St. Louis, MO  63110
Phone: 314-340-4877
Luke.Hawley@ago.mo.gov
Attorney for Defendants

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 27th day of September, 2024, the foregoing was filed electronically with the Clerk of the Court and served on all parties of record using the CM/ECF system.

/s/ Luke A. Hawley
Luke A. Hawley,
Assistant Attorney General