# TRIBUTE ARCHIVE



Brought to you by Serenity Memorial Chapel LLC.

## Ms. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Belleville, Illinois

▓▓▓▓▓▓▓▓▓▓ - August 13, 2024

Share a Memory

**Obituary & Events**            Tribute Wall

## Ms. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Obituary

An obituary is not available at this time for Ms. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

Send Flowers            Plant a Tree



DEFENDANT'S
EXHIBIT

**A**
_____

Case 2:23-cv-04129-BCW    Document 94-1    Filed 09/27/24    Page 1 of 3

# TRIBUTE ARCHIVE

## Events



**Visitation**

Friday, [REDACTED]
3:00 pm - 4:00 pm

[REDACTED]
[REDACTED] St. Louis, MO 62226

## Tribute Wall

Share a Memory

### Celebrating the life of Ms. [REDACTED]

Be the first to share your favorite memory, photo or story of Ms. [REDACTED]. This memorial page is dedicated for family, friends and future generations to celebrate the life of their loved one.

We ask on behalf of the family that you keep your comments uplifting and appropriate to help all who come here to find comfort and healing.

Share Obituary:



Send Flowers                                                                     Plant a Tree

TRIBUTE ARCHIVE

Send Flowers

Plant a Tree