IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| JANE ROE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 2:23-CV-04129-BCW |
|  | ) |  |
| TREVOR FOLEY et. al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**ORDER**

Before the Court is Defendants' motion to stay proceedings. (Doc. #95). The Court, being duly advised of the premises, grants said motion.

The instant action was brought by Plaintiff asserting multiple violations against Defendants, relating to Plaintiff's incarceration. (Doc. #66). On September 27, 2024, Defendants filed a Suggestion of Death with the Court, stating that Defendants had been notified by Plaintiff's counsel that on August 13, 2024, Plaintiff passed away. (Doc. #94). On October 2, 2024, Defendants filed the instant action, requesting the Court to stay proceedings until the substitution of a proper party can be made because without a Plaintiff, this matter cannot be litigated at this time. The Court grants Defendants' motion for good cause shown. Accordingly, it is hereby

ORDERED Defendants' motion to stay proceedings (Doc. #95) is GRANTED. It is further

ORDERED all deadlines in the instant case, including deadlines in the Scheduling Order, are STAYED until **December 11, 2024**. It is further

ORDERED this matter is set for a status conference by telephone on **December 11, 2024 at 9:00 a.m.** It is further

ORDERED the parties shall contact the courtroom deputy upon any developments in the instant action.

IT IS SO ORDERED.

DATE: October 25, 2024          /s/ Brian C. Wimes
                                JUDGE BRIAN C. WIMES
                                UNITED STATES DISTRICT COURT

2

Case 2:23-cv-04129-BCW   Document 96   Filed 10/25/24   Page 2 of 2