IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JANE ROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-CV-04129-BCW |
| | ) | |
| ANNE L. PRECYTHE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ENTRY OF APPEARANCE

Assistant Attorney General, Jordan J. Herrera, hereby enters his appearance as counsel on behalf of Defendants Trevor Foley, Stanley Keely, Noel Obi, Michael Cahalin, Justin Krantz, Jason Hess, Doris Falkenrath, Billy Dunbar, Scott Kintner, Alan Earls, Jay Cassady, Jason Lewis, Dwayne Kempker, and Elizabeth Thornton.

Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Jordan J. Herrera*
Jordan J. Herrera
Missouri Bar No. 77116
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Office (816) 889-5023
Jordan.Herrera@ago.mo.gov
Assistant Attorney General

*Attorneys for Defendants
Foley, Keely, Obi, Cahalin, Krantz,
Hess, Falkenrath, Dunbar, Kintner,
Earls, Cassady, Lewis, Kampker and
Thornton*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November 2024, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the CM-ECF system on all counsel of record.

*/s/ Jordan J. Herrera*
Assistant Attorney General