IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 2:23-CV-04129-BCW ) |
| TREVOR FOLEY et. al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

On December 11, 2024, the Court held a status conference by telephone for an update regarding a proper party being substituted as Plaintiff, due to the death of Plaintiff, Jane Roe. Pursuant to the Court's verbal order during the conference, it is hereby

ORDERED all deadlines in the instant case are STAYED until the February 26, 2025. It is further

ORDERED this matter is set for a status conference by telephone on **February 26, 2025, at 10:00 a.m.** It is further

ORDERED the parties shall contact the courtroom deputy upon any developments in the instant action.

IT IS SO ORDERED.

DATE: December 11, 2024          /s/ Brian C. Wimes
                                 JUDGE BRIAN C. WIMES
                                 UNITED STATES DISTRICT COURT