IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JANE ROE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-CV-04129-BCW |
| TREVOR FOLEY, et. al., | ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's motion to substitute party. (Doc. #103). Plaintiff seeks to substitute Latasha Marquitta Monroe, Administratrix of the Estate of Jane Roe as Plaintiff in place of Jane Roe. On August 13, 2024, Plaintiff Jane Roe passed away. (Doc. #94). On February 24, 2025, Latasha Marquitta Monroe, sister of the late Jane Roe, was appointed personal representative of the Estate of Jane Roe. (Doc. #103-2). The Court, being duly advised of the premises, and after holding a telephone conference on the matter, grants said motion.

Furthermore, on February 26, 2025, the Court held a telephone conference regarding the expiration of the stay in this case. The Court ordered the parties to submit a new proposed scheduling order on or before February 28, 2025. The proposed scheduling order shall include the following dates: (1) trial date: **April 6, 2026**; (2) pretrial conference date: **March 10, 2026 at 2:30pm**; and dispositive motion deadline: **November 10, 2025.** It is hereby

ORDERED Plaintiff's motion to substitute party (Doc. #103) is GRANTED. The record shall reflect Latasha Marquitta Monroe, Administratrix of the Estate of Jane Roe is substituted as Plaintiff. It is further

ORDERED the parties shall file a new proposed scheduling order on or before **February 28, 2025**.

IT IS SO ORDERED.

DATE: <u>February 26, 2025</u>  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT