IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LATASHA MONROE,<br>Administratrix of the Estate of Honesty Jade Bishop,<br><br>    Plaintiff,<br><br>v.<br><br>ANNE PRECYTHE, et al.<br><br>    Defendants. | Cause No. 2:23-cv-04129-BCW |

## MOTION TO WITHDRAW

COMES NOW Amy E. Malinowski, counsel for Plaintiff, and moves this honorable court to grant the MacArthur Justice Center's motion to withdraw the representation of Pat Mobley for the Plaintiff. Mr. Mobley no longer practices under the employ of the MacArthur Justice Center. All other attorneys entered for Plaintiff remain in above-captioned case.

WHEREFORE, counsel for the plaintiff prays to this honorable Court to grant this motion together with any such other and further relief this Court deems just and proper under these circumstances.

Dated: March 4, 2025

Respectfully submitted,

By: */s/ Amy E. Malinowski*
Amy E. Malinowski (MBE #65499MO)
Shubra Ohri (MBE #74116MO)
Susannah Porter Lake (MBE #68758MO)
906 Olive Street, Suite 420
Saint Louis, Missouri 63101
RODERICK & SOLANGE
MACARTHUR JUSTICE CENTER