IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LATASHA MONROE,<br>Administratrix of the Estate of Honesty Jade Bishop,<br><br>    Plaintiff,<br><br>v.<br><br>TREVOR FOLEY, in his official capacity as Director of the Missouri Department of Corrections, et al.<br><br>    Defendants. | Cause No. 2:23-cv-04129-BCW |

## JOINT MOTION FOR EXTENSION OF TIME

COME NOW the Parties, by their undersigned counsel, and respectfully request a 30-day extension of time to the current deadlines for motions to amend pleadings; expert witness designations; and the close of discovery, and in support, state as follows:

1. Trial in the matter is currently set for April 6, 2026. Dkt. 112.

2. Pursuant to the Amended Scheduling and Trial Order, motions to amend pleadings or add parties are due by June 2, 2025; expert witness designations are due June 30, 2025 for Plaintiff and July 31, 2025 for Defendants; and discovery closes on August 29, 2025. *Id.*

3. On May 5, 2025, the Parties participated in a facilitated mediation session through the Western District of Missouri's Mediation and Assessment Program, during which the Parties made significant progress towards settlement in the current matter, but have not completed negotiations. *See generally* Dkt. 107.

4. The parties would benefit from some time to focus on mediation.

5. As such, the Parties respectfully request a 30-day extension of time to the aforementioned deadlines so that the Parties can focus on meaningfully engaging in settlement negotiations.

6. Should these final negotiations be unsuccessful, the Parties are prepared to resume litigation and the requested extension of time does not impact the dispositive motion deadline (currently set for November 10, 2025) or the trial date. *Id.*

WHEREFORE, the Parties pray to this honorable Court to grant this motion together with any such other and further relief this Court deems just and proper under these circumstances.

Dated: May 15, 2025  Respectfully submitted,

By: */s/ Susannah Porter Lake*

**RODERICK & SOLANGE MACARTHUR JUSTICE CENTER**

Amy E. Breihan (MO Bar # 65499)
Shubra Ohri (MO Bar # 74116)
Susannah Porter Lake (MO Bar # 68758)
906 Olive Street, Suite 420
Saint Louis, Missouri 63101
Phone: (314) 254-8540
shubra.ohri@macarthurjustice.org
amy.breihan@macarthurjustice.org
Susie.lake@macarthurjustice.org

**LAMBDA LEGAL DEFENSE & EDUCATION FUND, INC.**

Richard Saenz*
Jose Abrigo*
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
rsaenz@lambdalegal.org
jabrigo@lambdalegal.org

Kell Olson*
3849 E Broadway Blvd, #136
Tucson, AZ 85716
213-382-7600
kolson@lambdalegal.org

*Admitted Pro Hac Vice

**SHOOK, HARDY & BACON LLP**
William Walberg (MO Bar # 69554)
Jennifer E. Hackman (MO Bar # 68109)
Zachary S. Beach (MO Bar # 73620)
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-474-6550
wwalberg@shb.com
jhackman@shb.com
zbeach@shb.com

*Attorneys for the Plaintiff*

**OFFICE OF THE MISSOURI ATTORNEY GENERAL, ANDREW BAILEY**

By: /s/ *Adam Merello (with consent)*
Adam Merello (Mo Bar # 72420)
Jordan Herrera (Mo Bar # 77116)
Assistant Attorney Generals
615 E. 13th Street, Suite 401
Kansas City, MO 64106
(816) 889-5008
(816) 889-5023
Adam.merello@ago.mo.gov
Jordan.herrera@ago.mo.gov

*Attorneys for Defendants*