IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LATASHA MONROE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-CV-04129-BCW |
| | ) |
| TREVOR FOLEY, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the parties' joint motion for a third amended scheduling and jury trial order. (Doc. # 117). The Court, being duly advised of the premises, grants said motion. The parties seek to extend the to amend pleadings, designate experts, and the close of discovery for 30 days. The extension of these deadlines does not impact the dispositive motion deadline or trial date. Accordingly, it is hereby

ORDERED The deadlines to amend pleadings, designate experts, and close discovery is extended 30 days from the date of this Order..

IT IS SO ORDERED.

Dated: May 28, 2025                                         /s/ Brian C. Wimes
                                                            JUDGE BRIAN C. WIMES
                                                            UNITED STATES DISTRICT COURT