IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LATASHA MONROE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-CV-04129-BCW |
| TREVOR FOLEY, Director of the Missouri Department of Corrections[1], | ) |
| Defendant. | ) |

## ORDER

Before the Court is the parties' joint motion for extension of time and notice of settlement in principle. (Doc. # 119). The Court, being duly advised of the premises, grants said motion.

On June 27, 2023, Plaintiff filed her complaint. (Doc. #1). On May 28, 2025, the Court granted the parties' joint motion for a third amended scheduling order. (Doc. #118). On July 1, 2025, the parties filed the instant motion. (Doc. #119). The parties state they are close to completing a settlement document need two additional weeks to amend pleadings; expert witness designations; and the close of discovery. Id.

Under Fed. R. Civ. P. 6(b), the Court may extend a deadline for good cause. Good cause is determined at the discretion of the Court; "the standard of good cause, like many others in the law, is necessarily amorphous. Whether or not it has been satisfied is largely dependent upon the facts of each individual case." Kurka v. Iowa Cnty, Iowa, 628 F.3d 953, 957 (8th Cir. 2010).

---

[1] Governor Kehoe announced the appointment of Trevor Foley as the Director of the Missouri Department of Corrections on November 26, 2024, and is substituted as Defendant in this cause. Fed. R. Civ. P. 25(d).

1

The parties have demonstrated good cause for the extension sought here. The parties are diligently working toward resolution of the case. The parties' joint motion for extension of time is granted. Accordingly, it is hereby

ORDERED the parties' joint motion for extension of time (Doc. #119) is GRANTED.

IT IS SO ORDERED.

Dated: July 8, 2025  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT