IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LATASHA MARQUITTA MONROE, Administratrix of the Estate of Honesty Bishop,<br><br>    Plaintiff,<br><br>v.<br><br>TREVOR FOLEY, in his official capacity as Director of the Missouri Department of Corrections, et al.,<br><br>    Defendants. | Cause No. 2:23-cv-04129-BCW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective undersigned counsel, and stipulate to the dismissal of Plaintiff's claims against all Defendants in the above-captioned matter, with prejudice and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees, costs, and expenses.

Dated: November 4, 2025

Respectfully submitted,

By: /s/ Amy Malinowski

**RODERICK & SOLANGE MACARTHUR JUSTICE CENTER**

Amy Malinowski (MO Bar # 65499)
Shubra Ohri (MO Bar # 74116)
906 Olive Street, Suite 420
Saint Louis, Missouri 63101
Phone: (314) 254-8540
shubra.ohri@macarthurjustice.org
amy.malinowski@macarthurjustice.org

**LAMBDA LEGAL DEFENSE**
**& EDUCATION FUND, INC.**

Richard Saenz*
Jose Abrigo*
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
rsaenz@lambdalegal.org
jabrigo@lambdalegal.org

Kell Olson*
3849 E Broadway Blvd, #136
Tucson, AZ 85716
213-382-7600
kolson@lambdalegal.org

*Admitted Pro Hac Vice*


**SHOOK, HARDY & BACON L.L.P.**

Jennifer Hackman (MO Bar # 68109)
William Walberg (MO Bar #69554)
Zachary Beach (MO Bar # 73620)
2555 Grand Boulevard
Kansas City, MO 64108
jhackman@shb.com
wwalberg@shb.com
zbeach@shb.com

*Attorneys for the Plaintiff*


**OFFICE OF THE MISSOURI ATTORNEY GENERAL, CATHERINE L. HANAWAY**

By:  /s/ Adam Merello
Adam Merello (MO Bar #72420)
Assistant Attorneys General
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Adam.Morello@ago.mo.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of November, 2025, a copy of the foregoing was electronically served on all parties of record by operation of the Court's CM/ECF electronic filing system.

<u>/s/ Amy Malinowski</u>